COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Lion Copolymer Holdings, LLC, *Appellants/Cross-Appellee* **v.** Lion Polymers, LLC, *Appellee/Cross-Appellant*, and AFWest Chemicals, Ltd. and Vijay Goradia, *Appellees* |
| Appellate case number: | 01-16-00848-CV |
| Trial court case number: | 2014-10394 |
| Trial court: | 190th District Court of Harris County |

Appellant/Cross-Appellee Lion Copolymer Holdings, LLC ("Company"), Appellee/Cross-Appellant Lion Polymers, LLC ("Lion Polymers") and Appellees AFWest Chemicals, Ltd. and Vijay Goradia have filed an "Agreed Motion to Amend Current Briefing Schedule and to Exceed Word Count." The motion is **granted**. The briefing schedule and word counts are amended as follows:

- The Company's opening appellant's brief is due on **January 20, 2017**.

- Lion Polymers' combined appellee's and cross-appellant's brief is due on **February 20, 2017** (30 days after the Company files its appellant's brief). The combined brief shall contain no more than **30,000** words.

- The Company's combined cross-appellee's and reply brief is due on **March 22, 2017** (30 days after Lion Polymers files its appellee's and cross-appellant's brief). The combined brief shall contain no more than **22,500 words**.

- The brief of appellees AFWest Chemicals, Ltd. and Vijay Goradia is due on **March 22, 2017** (30 days after Lion Polymers files its cross-appellant's brief).

- Lion Polymers' reply brief will be due on **April 11, 2017** (20 days after the cross-appellee's brief is filed by the Company and the appellees' brief is filed by AFWest Chemicals, Ltd. and Vijay Goradia).

It is so ORDERED.

Judge's signature: _/s/ Rebeca Huddle_
                    Acting individually

Date: December 8, 2016